No. 49443.—Protests 937269–G, etc., of Morris Shoenthal, Inc. (New York).

Opinion by TILSON, J. The record showed that certain of the merchandise consists of ramie and cellophane (racello) hats similar to those involved in Abstract 47291, and that other items consist of hemp hats similar to those involved in. *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218), which records

were admitted in evidence herein. In accordance therewith these items were held dutiable at only 25 percent under paragraph 1504 (b) (1) as claimed.